USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __06/24/2026__

**MARK J. ARNOT**

2430 Glasco Tpke, Woodstock, NY 12498
Tel: (646) 926-6149 | mark@arnotlaw.com

June 23, 2026

*Via ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED:** Counsel is directed to email Judge Parker's Chambers with the telephone for Attorney Dee A. Ware so she may be connected telephonically to the courtroom on **August 3, 2026** for the Initial Case Management Conference.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**06/24/2026**

**Re:** *Connex One, Inc. v. DK Law - Injury, Accident, and More, PC*,
No. 26-CV-3743 (ALC) (KHP)

Dear Judge Parker:

We represent Defendant DK Law - Injury, Accident, and More, PC ("DK Law") in the above-captioned action. DK Law submits this letter to respectfully request permission for Dee A. Ware, one of DK Law's lead counsel, to participate remotely by video in the Initial Case Management Conference scheduled for August 3, 2026, pursuant to the Court's Initial Case Management Conference Order (ECF No. 13).

Ms. Ware is based in California. Defendant's New York counsel, Mark J. Arnot, will appear in person. Plaintiff has advised that it has no objection to the request. Defendant is not seeking an adjournment or any other change to the conference.

DK Law therefore respectfully requests that the Court permit Ms. Ware to participate remotely by video.

Respectfully submitted,

/s/ Mark J. Arnot
Mark J. Arnot
**ARNOT LAW**
2430 Glasco Tpke
Woodstock, NY 12498
Tel: (646) 926-6149
mark@arnotlaw.com

Pamela K. Fulmer
Dee A. Ware
**TACTICAL LAW GROUP LLP**
4000 MacArthur Boulevard, Suite 600
Newport Beach, CA 92660

Tel: (949) 991-1898
pam@tacticallawgroup.com
dware@tacticallawgroup.com
*(Admitted Pro Hac Vice)*

*Attorneys for Defendant DK Law*

cc:  All Counsel of Record (Via ECF)