USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/02/2026

October 30, 2026

**APPLICATION GRANTED:** The case management conference scheduled for November 9, 2026 at 10:00 a.m. in 500 Pearl Street, Courtroom 17D is hereby rescheduled to **Wednesday, November 18, 2026, at 11:00 a.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

11/02/2026

VIA ECF
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: Connex One, Inc. v. DK Law - Injury, Accident, and More, PC***
***No. 26-CV-03743 (ALC) (KHP)***

Dear Judge Parker:

I write on behalf of Plaintiff Connex One, Inc. ("Connex") to respectfully request an adjournment of the in-person case management conference scheduled for November 9, 2026 at 10:00 a.m. in Courtroom 17D pursuant to the Court's October 30, 2026 Scheduling Order.

Undersigned counsel has a prior international travel conflict from November 7 through November 14, 2026, which was scheduled before the Court set the conference date. As a result, counsel is unable to attend the conference in person on November 9. I respectfully request that the conference be rescheduled to a date after November 14, 2026, at the Court's convenience.

Connex has made no prior requests to adjourn this conference. DK Law does not oppose the request to adjourn. Opposing counsel advises that he is available during the week of November 2, 2026.

This request concerns only the conference date. Connex will comply with the Court's direction to meet and confer to narrow or resolve the discovery disputes before the conference.

Thank you for the Court's consideration.

Respectfully submitted,
/s/ Simone M. Honeygan
Simone M. Honeygan, Esq.
Counsel for Plaintiff Connex One, Inc.
11 Broadway, Suite 615
New York, NY 10004
Tel: (978) 631-1185
simone.honeygan@connex.ai

cc: All counsel of record (via ECF)