USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

**MARK J. ARNOT**
2430 Glasco Tpke, Woodstock, NY 12498
Tel: (646) 926-6149 | mark@arnotlaw.com

November 13, 2026

**APPLICATION GRANTED:** Counsel is directed to email Judge Parker's Chambers with the telephone number for Attorney Dee A. Ware so she may be connected telephonically to the courtroom on November 18, 2026 for the scheduled Case Management Conference.

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
11/16/2026

*Via ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: *Connex One, Inc. v. DK Law - Injury, Accident, and More, PC*, No. 26-CV-3743 (ALC) (KHP)**

Dear Judge Parker:

We represent Defendant DK Law - Injury, Accident, and More, PC ("DK Law") in the above-captioned action.

DK Law respectfully requests permission for Dee A. Ware, one of DK Law's lead counsel, to participate by telephone in the Case Management Conference scheduled for November 18, 2026, at 11:00 a.m. in Courtroom 17D (ECF No. 47).

Ms. Ware is based in California. Defendant's New York counsel, Mark J. Arnot, will appear in person. Plaintiff does not object to this request.

Respectfully submitted,

*/s/ Mark J. Arnot*
Mark J. Arnot
**ARNOT LAW**
2430 Glasco Tpke
Woodstock, NY 12498
Tel: (646) 926-6149
mark@arnotlaw.com

Pamela K. Fulmer (Admitted *Pro Hac Vice*)
Dee A. Ware (Admitted *Pro Hac Vice*)
**TACTICAL LAW GROUP LLP**
4000 MacArthur Boulevard, Suite 600
Newport Beach, CA 92660
Tel: (949) 991-1898
pam@tacticallawgroup.com
dware@tacticallawgroup.com

*Attorneys for Defendant DK Law*

cc: All Counsel of Record (Via ECF)